UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERTON WHITELY, | No. 2:17-cv-2107 AC P |
| Plaintiff, | |
| v. | ORDER |
| J. LEBECK, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff failed to sign and date his application to proceed in forma pauperis (EFC No. 2). See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a signed application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied;

2. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

3. Plaintiff shall submit, within thirty days from the date of this order, a completed in forma pauperis application with **dated signature**. Plaintiff does not need to have the certificate portion completed by prison staff or submit another copy of his prison trust account statement.

1

Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 1, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE