UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERTON V. WHITELY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. LEBECK, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-2107 AC P<br><br><br>ORDER |

　　　Plaintiff has filed a motion for a thirty-day extension of time to file an amended complaint due to limitations on law library access caused by the COVID-19 pandemic. The current deadline is May 29, 2020. Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for an extension of time (ECF No. 18) is granted.

　　　2. Plaintiff shall have an additional thirty days, up to and including June 29, 2020, to file an amended complaint.

DATED: May 15, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE